FILED

05/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0091

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0091

_____

IN THE MATTER OF:

A.L.H.,                                                    O R D E R

      A Youth in Need of Care.


_____


Upon consideration of Appellant's motion for an extension of time to file the opening brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 24, 2021, within which to file opening brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 21 2021